# Exhibit A
## Composition Chart
# Works of Harold Arlen

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| Harold Arlen Trust (50%) | | |
| | *Get Happy* | |
| | | EU9414 |
| | | EP13654 |
| | *Kickin' The Gong Around* | |
| | | EP27118 |
| | *Learn to Croon* | |
| | | EP20027 |
| | *Minnie The Moocher's Weddin' Day* | |
| | | EP30542 |
| | *The Devil and the Deep Blue Sea* | |
| | | EP26940 |
| | *You Gave Me Ev'rything But Love* | |
| | | EP29949 |
| SA Music, LLC (33.33%) | | |
| | *Fun To Be Fooled* | |
| | | EU87483 |
| | | EP43380 |

Exhibit A

## Composition Chart
# Works of Harold Arlen

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (33.33%) | | |
| | *Let's Take A Walk Around the Block* | |
| | | EU87630 |
| | | EP43378 |
| | *Satan's Little Lamb* | |
| | | EP32586 |
| | *You're A Builder Upper* | |
| | | EP43381 |
| | | EU87482 |
| SA Music, LLC (40%) | | |
| | *It's Only A Paper Moon* | |
| | | EP38448 |
| SA Music, LLC (50%) | | |
| | *A Sleepin' Bee* | |
| | | EP85604 |
| | | EU365644 |
| | *Any Place I Hang My Hat Is Home* | |
| | | EP1895 |
| | | EU9510 |

Exhibit A

# Composition Chart
# Works of Harold Arlen

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (50%) | | |
| | As Long As I Live | EP41239 |
| | Buds Won't Bud | EP65038 |
| | Cocoanut Sweet | EP112616 |
| | | EU484596 |
| | Come Rain or Come Shine | EU8647 |
| | | EP1893 |
| | Don't Like Goodbyes | EU372322 |
| | Down With Love | EP64916 |
| | Evelina | EP125070 |
| | Fancy Meeting You | EP56933 |

Exhibit A

## Composition Chart

# Works of Harold Arlen

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (50%) | | |
| | For Every Fish | EU484594 |
| | For Every Man There's A Woman | EP22138 |
| | Happy As The Day Is Long | EP36258 |
| | Hooray For Love | EP21772 |
| | House of Flowers | EU365645 |
| | | EP85137 |
| | I Don't Think I'll End It All Today | EU483887 |
| | | EU483886 |
| | | EP114555 |
| | I Gotta Right To Sing The Blues | EP32581 |
| | I Had Myself A True Love | EP3807 |

# Composition Chart
# Works of Harold Arlen

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (50%) | | |
| | I Never Has Seen Snow | EU366662 |
| | | EP85135 |
| | I Never Was Born | EU398198 |
| | I Wonder What Became Of Me | EP1894 |
| | I've Got the World on a String | EP33239 |
| | Ill Wind | EP41237 |
| | Incompatibility | EU484599 |
| | It Was Good Enough For Grandma | EU398201 |
| | It Was Written In The Stars | EP22137 |

## Composition Chart
# Works of Harold Arlen

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (50%) | | |
| | *Last Night When We Were Young* | |
| | | EP52750 |
| | | EU110609 |
| | *Leave the Atom Alone* | |
| | | EU483884 |
| | *Legalize My Name* | |
| | | EP4153 |
| | | EU14854 |
| | *Little Biscuit* | |
| | | EU483885 |
| | | EP112522 |
| | *Liza Crossing the Ice* | |
| | | EU398203 |
| | *Man for Sale* | |
| | | EU398204 |
| | *Mardi Gras* | |
| | | PAu1197541 |
| | *Moanin' In The Mornin'* | |
| | | EP64917 |

Composition Chart

# Works of Harold Arlen

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (50%) | | |
| | Monkey in the Mango Tree | EU483881 |
| | Napoleon | EU483883 |
| | | EP113540 |
| | Pity the Sunset | EU485833 |
| | Pretty to Walk With | EU483890 |
| | | EP113541 |
| | Push de Button | EP112615 |
| | | EU455435 |
| | Raisin' The Rent | EP36259 |
| | Right as the Rain | EP125069 |
| | Savannah's Wedding Day | EU483882 |

Exhibit A

# Composition Chart
# Works of Harold Arlen

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (50%) | | |
| | *Stormy Weather* | EP35998 |
| | *Sunday In Cicero Falls* | EU398196 |
| | | EU398195 |
| | *Take It Slow, Joe* | EU488863 |
| | | EU483888 |
| | | EP112617 |
| | *The Eagle and Me* | EP125071 |
| | *The Farmer's Daughter* | EU398197 |
| | *The Rakish Young Man With the Whiskahs* | EU398200 |
| | *T'morra T'morra* | EP126466 |

## Composition Chart
# Works of Harold Arlen

| Owner (Share) | Composition | Registration Number |
|---|---|---|
| SA Music, LLC (50%) | | |
| | *Two Ladies in the Shade of De Banana Tree* | EP85136 |
| | | EU366663 |
| | *Welcome Hinger* | |
| | | EU398199 |
| | *What Good Does It Do?* | |
| | | EP112618 |
| | | EU486605 |
| | *What's Good About Goodbye?* | |
| | | EP22135 |
| | *When The Boys Come Home* | |
| | | EP125298 |
| | *Yankee Dollar* | |
| | | EU488862 |
| | *You Said It* | |
| | | EP20515 |